■ BUFFALO BIODIESEL, INC., Appellant, v TAJ MAHAL, INC., Respondent. [38 NYS3d 472]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered August 19, 2015. The order and judgment, inter alia, granted that part of the motion of defendant seeking dismissal of the complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Curran and Troutman, JJ.